# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE LUIS GONZALES-REQUENA,<br><br>    Plaintiff(s),<br><br>v.<br><br>KEY INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:22-cv-01105-JAD-NJK<br><br>**ORDER** |

In light of Defendant's response thereto, Docket No. 6, the order to show cause regarding the amount in controversy (Docket No. 4) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: August 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge