# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE LUIS GONZALEZ-REQUENA,<br>    Plaintiff(s),<br>v.<br>KEY INSURANCE COMPANY,<br>    Defendant(s). | Case No. 2:22-cv-01105-JAD-NJK<br>**Order**<br>[Docket No. 8] |

Pending before the Court is a joint proposed discovery plan, which seeks special scheduling review. Docket No. 8. The Court hereby **SETS** a scheduling conference for 9:00 a.m. on August 16, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: August 8, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1