# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jose Luis Gonzalez-Requena,

    Plaintiff

v.

Key Insurance Co.,

    Defendant

Case No.: 2:22-cv-01105-JAD-NJK

**Order Denying Defendant's Motion to Seal and Striking Exhibit**

[ECF No. 17]

    Defendant Key Insurance Company filed a motion for leave to file a confidential document under seal.[1] It claims that the document is an exhibit to its "motion for partial summary judgment or[,] in the alternative, motion for application of law," despite the fact that no such motion has been filed. Key asserts that it has the right to file the exhibit under seal "pursuant to the . . . protective order regarding documents and testimony" previously entered by the magistrate judge.[2]

    But, as the magistrate judge explained in a separate order, the protective order entered in this case does not excuse a party's obligation to file a properly supported motion to seal.[3] Key's motion fails to provide points and authorities analyzing the applicable Ninth Circuit standard for sealing judicial records.[4] Key also failed to file the exhibit under seal, so it is currently available to the public. So I deny Key's motion to seal and strike the purportedly confidential exhibit as improperly filed. Counsel is advised to review the magistrate judge's order at ECF No. 16 if it

---

[1] ECF No. 17.

[2] *Id.* at 1.

[3] ECF No. 15 (protective order); ECF No. 16 (order explaining requirements to seal documents).

[4] *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) (establishing requirements for sealing judicial records).

wishes to file another motion to seal.  Counsel is also advised that, without filing the motion for partial summary judgment that it alludes to in its motion to seal, I see no reason why it needs to file the confidential exhibit at this time.

## Conclusion

**IT IS THEREFORE ORDERED** that Key Insurance Company's motion to seal **[ECF No. 17] is DENIED**.  The **Clerk of Court is directed to STRIKE the exhibit at ECF No. 17-1** from the docket.

_____
U.S. District Judge Jennifer A. Dorsey
September 26, 2022