JAMES P.C. SILVESTRI. ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com

Attorneys for Defendant,
*KEY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE LUIS GONZALEZ-REQUENA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KEY INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO.:   2:22-cv-01105-JAD-NJK<br><br>ECF No. 19 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, each party to bear their own fees and costs.

DATED this 7th day of October, 2022.    DATED this 7th day of October, 2022.

**DE CASTROVERDE LAW GROUP**    **PYATT SILVESTRI**

/s/ *Michael Matzke*    /s/ *James P.C Silvestri*
MICHAEL MATZKE, ESQ.    JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 14583    Nevada Bar No. 3603
1149 S. Maryland Pkwy.    701 Bridger Ave., Suite 600
Las Vegas, NV 89104    Las Vegas, NV 89101
Attorney for Plaintiff,    Attorney for Defendant,
JOSE LUIS GONZALEZ-REQUENA    KEY INSURANCE COMPANY

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on, October 7, 2022, I received concurrence from Plaintiff's counsel, Michael Matzke, to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 7th day of October, 2022.

/s/ *James P.C. Silvestri*
JAMES P.C. SILVESTRI
Nevada Bar No. 3603

**ORDER**

Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 11, 2022